Christopher J. Hamner, Esq. (SB 197117)
**HAMNER LAW OFFICES, APLC**
26565 West Agoura Road, Suite 200-197
Calabasas, California 91302
Telephone: (888) 416-6654
chamner@hamnerlaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MOYA, an individual California resident, and the proposed class,<br><br>    Plaintiff,<br>v.<br><br>AMA PLASTICS, a California corporation; and DOES 1 through 10, Inclusive,<br><br>    Defendant. | Case No.: 2:20-cv-04206-MCS (ASx)<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT** |

  Plaintiff reports that the parties have agreed to an individual settlement of the of Plaintiff's claims, which will terminate this action. The parties are currently drafting a settlement agreement. Once the settlement agreement is executed by the parties, Plaintiff will file the appropriate request for dismissal of this action. Plaintiff anticipates this will be completed in the next 30 days.

Dated: February 9, 2021          HAMNER LAW OFFICES, APLC

                  By: /s/ Christopher J. Hamner
                      Christopher J. Hamner
                      Attorneys for Plaintiff
                      MARIA MOYA